IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD GORDON LAINE<br><br>　　　　Defendant. | Case No.  1:11-CR-64-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

　　　　The Court has before it a motion for credit for time served filed by defendant.  The Government objects, and the matter is fully briefed.

　　　　The defendant seeks credit on his federal sentence for time he served on a state sentence from March 9, 2011, to August 28, 2012.  A defendant "shall be given credit for time he has spent in official detention prior to the date the sentence commences" in certain circumstances, unless the time has been "credited against another sentence."  18 U.S.C. § 3585(b).  The record in this case shows that the defendant already received credit on his state sentence for the very time that he is seeking credit for in the motion at issue.  To grant his motion would be to double-count that time, an outcome expressly prohibited by the statute quoted above.  Accordingly, the Court will deny the motion.

**ORDER**

　　　　In accordance with the Memorandum Decision set forth above,

**Memorandum Decision & Order - 1**

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for credit (docket no. 41) is DENIED.



DATED:  **April 15, 2013**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Memorandum Decision & Order - 2**