IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>RICHARD GORDON LAINE<br><br>Defendant. | Case No.  1:11-CR-64-BLW<br><br>**ORDER** |

The Court finds that the defendant has shown good cause for an extension of time for the filing of his notice of appeal for a period not to exceed 30 days from the expiration of the time prescribed by Rule 4(b).  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for extension (docket no. 50) is GRANTED and that the appeal time be extended for a period of 30 days from the expiration of the time prescribed by Rule 4(b).

IT IS FURTHER ORDERED, that the Clerk shall mail a copy of this Order to the defendant at the following address:  No. 78330, Idaho State Correctional Institution, Unit 15, P.O. Box 14, Boise, Idaho 83707.

Order - 1



DATED: **July 9, 2013**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order - 2**